UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-315 -TJH(CW x) | Date | AUGUST 29, 2012 |
| Title | DON MARTIN v. LAPD OFFICER BERRY, ET AL | | |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES

On April 16, 2012, the Court issued an Order [17] in which the Plaintiff was to file and serve a first amended complaint by June 18, 2012. To date, no first amended complaint has been filed.

IT IS HEREBY ORDERED that Plaintiff show cause in writing no later than *September 14, 2012*, why this action should not be dismissed for lack of prosecution.

It is plaintiff's responsibility to respond promptly to all Orders and to prosecute the action diligently. No oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of a response by plaintiff.

IT IS SO ORDERED.


cc: all parties

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk ys |